**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**
BY:  JUSTIN A. BAYER, ESQUIRE
ATTORNEY I.D. NO. 032722004
510 Swede Street
Norristown, PA  19401
(610) 275-20000

ATTORNEY FOR DEFENDANT
*DSW Designer Shoe Warehouse/*
*DSW Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISE E. SCALERA,                    :<br>                        PLAINTIFF   :<br>                                                :<br>           v.                                      :<br>                                                :<br>DSW DESIGNER SHOE WAREHOUSE/  :<br>DSW INC., JOHN DOE (1-10) (fictitious   :<br>name representing unknown defendant), and :<br>ABC CORP. (1-10) (fictitious name         :<br>representing unknown defendant),        :<br>                        DEFENDANTS :  | Civil Action No. |

## NOTICE TO PLAINTIFF

TO:   James C. Mescall, Esquire
        MESCALL & ACOSTA, P.C.
        80 Main Street, Suite 360
        West Orange, NJ  07052

**PLEASE TAKE NOTICE** that Defendant DSW Designer Shoe Warehouse/DSW Inc. has filed a petition in the United States District Court for the District of New Jersey for the removal of an action now pending in the Superior Court of New Jersey, Law Division–Essex County, captioned *Louise Scalera v. DSW Designer Shoe Warehouse/DSW Inc., John Doe (1-10) (fictitious name representing unknown defendant), and ABC Corp. (1-10) (fictitious name representing unknown defendant)*.

**FURTHER TAKE NOTICE** that Defendant DSW Designer Shoe Warehouse/DSW Inc. has at the time filed with the United States District Court for the District of New Jersey a copy of the Complaint served upon it, which was filed and entered in the Superior Court of New Jersey, Law Division–Essex County.

00366581.1

A copy of said Notice of Removal is attached hereto and is hereby served upon you.

                                                 **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

                      BY: _____
                              JUSTIN A. BAYER, ESQUIRE
                              ATTORNEY FOR DEFENDANT
                              *DSW Designer Shoe Warehouse/*
                              *DSW Inc.*

DATE:  April 11, 2019

| | |
|---|---|
| **KANE, PUGH, KNOELL, TROY & KRAMER, LLP**<br>BY: JUSTIN A. BAYER, ESQUIRE<br>ATTORNEY I.D. NO. 032722004<br>510 Swede Street<br>Norristown, PA  19401<br>(610) 275-20000 | ATTORNEY FOR DEFENDANT<br>*DSW Designer Shoe Warehouse/*<br>*DSW Inc.* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LOUISE E. SCALERA, | : | |
| PLAINTIFF | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| DSW DESIGNER SHOE WAREHOUSE/ | : | |
| DSW INC., JOHN DOE (1-10) (fictitious | : | |
| name representing unknown defendant), and | : | |
| ABC CORP. (1-10) (fictitious name | : | |
| representing unknown defendant), | : | |
| DEFENDANTS | : | |

### PETITION IN SUPPORT OF NOTICE OF REMOVAL OF
### DEFENDANT DSW DESIGNER SHOE WAREHOUSE/DSW INC.

Pursuant to 28 U.S.C. §1446(d), Defendant DSW Designer Shoe Warehouse/DSW Inc., by and through their attorneys, Kane, Pugh, Knoell, Troy & Kramer, LLP, submits this Notice of Removal from the Superior Court of the State of New Jersey, Law Division–Essex County, to the United States District Court for the District of New Jersey. Defendant appears specially so as to reserve any and all rights of defenses available under Rule 12 of the Federal Rules of Civil Procedure or otherwise, including but not limited to the defense of lack of personal jurisdiction and improper service of process. In support of their Notice of Removal, Defendant states as follows:

00366581.1

1. This action was commenced by way of Complaint filed in the Superior Court for the State of New Jersey, Law Division–Essex County, on or about March 26, 2019 ("the underlying complaint"). The action was filed as *Louise Scalera v. DSW Designer Shoe Warehouse/DSW Inc., John Doe (1-10) (fictitious name representing unknown defendant), and ABC Corp. (1-10) (fictitious name representing unknown defendant)*, Docket No. ESX-L-002291-19.

2. The underlying complaint was thereafter served upon Defendant DSW Shoe Warehouse/DSW Inc. A copy of the underlying complaint, which constitutes all the process served in this matter, is attached hereto and marked as Exhibit "A."

3. Defendant's Notice of Removal has been filed in the United States District Court for the District of New Jersey within the time provided by law for the removal of civil action to the United States District Court.

4. This is an action over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of different states and, upon information and belief, the controversy exceeds the sum of or value of $75,000.00, exclusive of interests or costs.

5. Upon information and belief, and as alleged in the underlying complaint, Plaintiff Louise Scalera is a citizen of the state of New Jersey.

6. DSW, Inc., improperly identified as DSW Designer Shoe Warehouse, is a corporation incorporated in the state of Ohio with its headquarters and principle place of business in the state of Ohio.

7. Under 28 U.S.C. § 1441(b), in determining whether the Court has original jurisdiction based upon diversity of citizenship, the citizenship of any defendant sued under a fictitious name is to be disregarded.

8. Thus, there is complete diversity of citizenship between Plaintiff and Defendant.

9. The instant action arises out of a fall that occurred at a DSW location in the state of New Jersey.

10. Plaintiff claims severe injuries to her person and seeks damages in an unspecified amount but which, upon information and belief, exceeds the sum of $75,000.00.

11. Defendant has not pleaded or otherwise appeared in this action.

12. By reason of the foregoing, a removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.

13. Defendant is providing written notice of this removal to Plaintiff and will file a copy of this notice of removal with the Clerk of Court of the Supreme Court of the State of New Jersey, Essex County, thereby effecting the removal of this action to this Court.

14. Removal is hereby effective, without waiver of any challenges that Defendant, DSW, Inc. may have to personal jurisdiction, proper service, or proper venue.

Respectfully submitted,

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

BY: _____
JUSTIN A. BAYER, ESQUIRE
ATTORNEY FOR DEFENDANT
*DSW Designer Shoe Warehouse/*
*DSW Inc.*

DATE:  April 11, 2019

00366581.1