**EXHIBIT A**

00319658.1

**MESCALL & ACOSTA, P.C.**
80 Main Street, Suite 360
West Orange, New Jersey 07052
Tel. (973) 669-3339
Fax (973) 669-3331
Attorney ID #: 028561982
**Attorneys for Plaintiff**

| | |
|---|---|
| LOUISE E. SCALERA,<br><br>Plaintiff,<br><br>-vs-<br><br>DSW DESIGNER SHOE WAREHOUSE/ DSW INC., JOHN DOE (1-10) (fictitious name representing unknown defendant), and ABC CORP. (1-10) (fictitious name representing unknown defendant),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ESSEX COUNTY<br>DOCKET NO: ESX-L-<br><br>CIVIL ACTION<br><br>**COMPLAINT, JURY DEMAND AND DESIGNATION OF TRIAL COUNSEL** |

Plaintiff LOUISE E. SCALERA currently residing at 81 Sunrise Drive, in the Township of Gilette, County of Morris and State of New Jersey, by way of complaint against defendants herein, states as follows:

### COUNT ONE

1. On or about February 18, 2018, the Plaintiff LOUISE E. SCALERA was a lawful invitee at a commercial premises known as DSW DESIGNER SHOE WAREHOUSE/DSW INC., and located at 1515 US Highway 22 West, in the Borough of Watchung, County of Somerset and State of New Jersey, when she was caused to fall due to a dangerous condition on the premises.

2. On the aforesaid date, and at all other times relevant hereto, the Defendants DSW DESIGNER SHOE WAREHOUSE/DSW INC., JOHN DOE (1-10) (fictitious name representing unknown defendant), and ABC CORP. (1-10) (fictitious name representing unknown defendant), owned, operated, controlled, maintained and/or designed the aforesaid premises.

3. The defendants were so negligent as to allow a dangerous condition to exist which created a hazard to persons lawfully on the premises.

4. As a result of the negligence of these defendants, the plaintiff sustained severe and grievous

personal injuries, and has endured and will in the future endure, great pain and suffering.

**WHEREFORE**, Plaintiff demands judgment against these defendants, jointly, severally and/or individually, for money damages, together with interest and costs of suit.

_____
JAMES C. MESCALL

Dated: March 25, 2019

## JURY DEMAND

**PLEASE TAKE NOTICE** that plaintiff demands trial by jury as to all issues contained in this Complaint.

_____
JAMES C. MESCALL

Dated: March 25, 2019

## DESIGNATION OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that James C. Mescall, Esq., is hereby designated as trial counsel in the above-captioned matter pursuant to Rule 4:25-4.

_____
JAMES C. MESCALL

Dated: March 25, 2019

## RULE 4:5-1 CERTIFICATION

The matter in controversy of this action is not the subject of any other court or arbitration proceeding, nor is any other court or arbitration proceeding contemplated.

**I HEREBY CERTIFY** that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
JAMES C. MESCALL

Dated: March 25, 2019

Appendix XII-B1



# CIVIL CASE INFORMATION STATEMENT
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

FOR USE BY CLERK'S OFFICE ONLY
PAYMENT TYPE: ☐ CK  ☐ CG  ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| James C. Mescall, Esq. | (973) 669-3339 | Essex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| MESCALL & ACOSTA, P.C. | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 80 Main Street, Suite 360<br>West Orange, NJ 07052 | Complaint |
| | JURY DEMAND  ■ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Louise E. Scalera | Louise E. Scalera vs. DSW Designer Shoe Warehouse, et al |

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>605 | HURRICANE SANDY RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES  ■ NO | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ YES  ■ NO | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES  ■ NO | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ FAMILIAL  ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ■ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Effective 10/10/2018, CN 10517                                                                                   page 1 of 2

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151  NAME CHANGE
- 175  FORFEITURE
- 302  TENANCY
- 399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502  BOOK ACCOUNT (debt collection matters only)
- 505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506  PIP COVERAGE
- 510  UM or UIM CLAIM (coverage issues only)
- 511  ACTION ON NEGOTIABLE INSTRUMENT
- 512  LEMON LAW
- 801  SUMMARY ACTION
- 802  OPEN PUBLIC RECORDS ACT (summary action)
- 999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305  CONSTRUCTION
- 509  EMPLOYMENT (other than CEPA or LAD)
- 599  CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605  PERSONAL INJURY
- 610  AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621  UM or UIM CLAIM (includes bodily injury)
- 699  TORT – OTHER

### Track III - 450 days' discovery
- 005  CIVIL RIGHTS
- 301  CONDEMNATION
- 602  ASSAULT AND BATTERY
- 604  MEDICAL MALPRACTICE
- 606  PRODUCT LIABILITY
- 607  PROFESSIONAL MALPRACTICE
- 608  TOXIC TORT
- 609  DEFAMATION
- 616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617  INVERSE CONDEMNATION
- 618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303  MT. LAUREL
- 508  COMPLEX COMMERCIAL
- 513  COMPLEX CONSTRUCTION
- 514  INSURANCE FRAUD
- 620  FALSE CLAIMS ACT
- 701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271  ACCUTANE/ISOTRETINOIN
- 274  RISPERDAL/SEROQUEL/ZYPREXA
- 281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282  FOSAMAX
- 285  STRYKER TRIDENT HIP IMPLANTS
- 286  LEVAQUIN
- 287  YAZ/YASMIN/OCELLA
- 289  REGLAN
- 291  PELVIC MESH/GYNECARE
- 292  PELVIC MESH/BARD
- 293  DEPUY ASR HIP IMPLANT LITIGATION
- 295  ALLODERM REGENERATIVE TISSUE MATRIX
- 296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297  MIRENA CONTRACEPTIVE DEVICE
- 299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300  TALC-BASED BODY POWDERS
- 601  ASBESTOS
- 623  PROPECIA
- 624  STRYKER LFIT CoCr V40 FEMORAL HEADS
- 625  FIREFIGHTER HEARING LOSS LITIGATION
- 626  ABILIFY
- 627  PHYSIOMESH FLEXIBLE COMPOSITE MESH
- 628  TAXOTERE/DOCETAXEL
- 629  ZOSTAVAX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59

# Civil Case Information Statement

## Case Details: ESSEX | Civil Part Docket# L-002291-19

**Case Caption:** SCALERA LOUISE  VS DSW DESIGNER SHOE WA REHOUSE

**Case Initiation Date:** 03/26/2019

**Attorney Name:** JAMES C MESCALL

**Firm Name:** MESCALL & ACOSTA PC

**Address:** 80 MAIN ST, STE 360
WEST ORANGE NJ 07052

**Phone:**

**Name of Party:** PLAINTIFF : Scalera, Louise, E

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 12 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

03/26/2019                                                          /s/ JAMES C MESCALL
Dated                                                                Signed